IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY JOHN ROWE**<br>          **Plaintiff,**<br><br>          v.<br><br>**COMMONWEALTH OF PENNSYLVANIA,** *et al.*,<br>          **Defendants.** | :<br>:<br>:<br>: **CIVIL ACTION NO. 14-2702**<br>:<br>:<br>: |

# ORDER

**AND NOW**, this 19th day of June 2014, upon consideration of the pending motions and the responses thereto, it is hereby **ORDERED** that:

1. Defendants' Motions to Dismiss [Doc. Nos. 3 and 4] are **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**.

2. Plaintiff's Motion for Issuance of Writ of Seizure [Doc. No. 5] and Motion for Default Judgment *In Rem* [Doc. No. 10] are **DENIED**.

3. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED**.

              BY THE COURT:

              /s/ Cynthia M. Rufe
              _____
              **CYNTHIA M. RUFE, J.**